IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

In re: Crittenden Hospital Association — Case No. 3:14-bk-14948
Debtor — Chapter 7

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICE**

PLEASE TAKE NOTICE that Stan D. Smith and the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., represents Bank of the Ozarks ("Bank"), as a Trustee for the Bondholder.

The undersigned attorney and law firm hereby enter their appearance pursuant to Bankruptcy Rule 9010(a) and (b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a). All such notices should be addressed as follows:

Stan D. Smith
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
ssmith@mwlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 9010 of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise filed or served with regard to the above case and the proceedings therein.

This request is not intended to and does not constitute a waiver of personal or subject matter jurisdiction or any rights whatsoever that the Bank has under the Federal Rules of

Bankruptcy Procedure or Federal Rules of Civil Procedure, including, but not limited to, Federal Rule of Bankruptcy Procedure 7004 or Federal Rule of Civil Procedure 4.

          Respectfully submitted,

          MITCHELL, WILLIAMS, SELIG,
          GATES & WOODYARD, P.L.L.C.
          425 West Capitol Avenue, Suite 1800
          Little Rock, Arkansas 72201-3525
          Telephone: (501) 688-8830
          ssmith@mwlaw.com

          By: /s/ Stan D. Smith
               Stan D. Smith (90117)

## CERTIFICATE OF SERVICE

     I, Stan D. Smith, do hereby certify that the foregoing pleading is being filed with the Court electronically in accordance with the Administrative Procedures for Electronically Filed Cases adopted by the Court, that the below listed persons are registered as Filing Users with the Court, and, pursuant to said Administrative Procedures, a notice of electronic filing will be generated by the ECF system which will constitute electronic service on all parties, in lieu of service and/or notice by first class mail, and a copy of the foregoing was filed on September 15, 2014, *via* the CM/ECF electronic system, which served a copy on the following:

| | |
|---|---|
| Kevin Keech | A. Jan Thomas, Jr. |
| KEECH LAW FIRM, PA | Chapter 7 Panel Trustee |
| 4800 West Commercial Drive | 306 West Bond Avenue |
| North Little Rock, AR 72116 | West Memphis, AR 72301-3912 |
| | |
| | U.S. Trustee |
| | Office of U.S. Trustee |
| | 200 W. Capitol, Ste. 1200 |
| | Little Rock, AR 72201 |

          /s/ Stan D. Smith
             Stan D. Smith