IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| In re: | : : : : | Chapter 7 |
| CRITTENDEN HOSPITAL ASSOCIATION | : : : | Case No. 3:14-BK-14948 |
| Debtor | : : | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 7 case as counsel to Creditor, RehabCare Group Management Services, Inc. Pursuant to BANKR. R. 2002 and 9010(b), all notices given or required to be given and all papers served or required to be served in this matter must be delivered to and served upon the undersigned at the address below or via the Court's ECF System:

> Phillip A. Martin
> FULTZ MADDOX HOVIOUS & DICKENS PLC
> 101 South Fifth St., 27th Floor
> Louisville, KY 40202
> Phone: (502) 588-2000
> Fax: (502) 588-2020
> Email: pmartin@fmhd.com

The foregoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents that in any way affect the debtor or its property. Moreover, any other notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telecopy, telex, email, or otherwise filed or made with regard to the above referenced case and all proceedings therein should be served on the undersigned.

Dated:  September 15, 2014

                                Respectfully submitted,

FULTZ MADDOX HOVIOUS & DICKENS PLC
Phillip A. Martin

*/s/ Phillip A. Martin*
101 South Fifth St., 27th Floor
Louisville, KY 40202
Phone:  (502) 588-2000
Fax:  (502) 588-2020
Email:  pmartin@fmhd.com

*Counsel for RehabCare Group Management Services, Inc.*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all parties who have appeared via the Court's ECF System on September 15, 2014.

*/s/ Phillip A. Martin*
*Counsel for RehabCare Group Management Services, Inc.*

{00913407}