UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

IN RE:     CRITTENDEN HOSPITAL ASSOCIATION,     CASE NO. 3:14-BK-14948
            DEBTOR                                         CHAPTER 7

**REQUEST FOR NOTICE AND ENTRY OF APPEARANCE**

      The undersigned, Kimberly Wood Tucker of the law firm of Wright, Lindsey & Jennings LLP pursuant to Fed. Rule BR 9010 hereby enters her appearance as counsel for Federal Insurance Company.

      Federal Insurance Company, an interested party in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, whether sent by the Court, the debtor, the U.S. Trustee or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:

Federal Insurance Company
c/o Kimberly Wood Tucker
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201

DATED: September 15, 2014

                               **WRIGHT, LINDSEY & JENNINGS LLP**
                               200 West Capitol Avenue, Suite 2300
                               Little Rock, AR  72201-3699
                               Phone:  (501) 371-0808
                               FAX:   (501) 376-9442
                               Email:  ktucker@wlj.com

                               By:/s/ **Kimberly Wood Tucker**
                                     **Kimberly Wood Tucker (83175)**
                                     **Attorneys for Federal Insurance Company**

1229084-v1

## CERTIFICATE OF SERVICE

On September 15, 2014, a copy of the foregoing was served electronically through the Court's ECF system.

/s/ Kimberly Wood Tucker
Kimberly Wood Tucker

1229084-v1