UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

IN RE:     CRITTENDEN HOSPITAL ASSOCIATION,     CASE NO. 3:14-BK-14948
            DEBTOR     CHAPTER 7

### REQUEST FOR NOTICE AND ENTRY OF APPEARANCE

The undersigned, Charles T. Coleman of the law firm of Wright, Lindsey & Jennings LLP pursuant to Bankruptcy Rule 9010 hereby enters his appearance as counsel for Federal Insurance Company.

Federal Insurance Company, an interested party in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, whether sent by the Court, the debtor, the U.S. Trustee or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:

Federal Insurance Company
c/o Charles T. Coleman
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201

DATED: September 16, 2014

         **WRIGHT, LINDSEY & JENNINGS LLP**
         200 West Capitol Avenue, Suite 2300
         Little Rock, AR 72201-3699
         Phone: (501) 371-0808
         FAX: (501) 376-9442
         Email: ccoleman@wlj.com

         By: /s/ Charles T. Coleman
             Charles T. Coleman (80030)
             **Attorneys for Federal Insurance Company**

1229074-v2

CERTIFICATE OF SERVICE

On September 16, 2014, a copy of the foregoing was served electronically through the Court's ECF system.

/s/ Charles T. Coleman
Charles T. Coleman