IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE:      CRITTENDEN HOSPITAL ASSOCIATION      NO. 3:14-bk-14948E
(CHAPTER 7)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

_____

PLEASE TAKE NOTICE that David A. Grace represents Capitol Service Company, Inc., a creditor and party in interest herein.

The undersigned attorney hereby enters his appearance pursuant to Bankruptcy Rule 9010(b), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f).  All such notices should be addressed as follows:

David A. Grace
HARDIN & GRACE, P.A.
500 Main Street, Suite A (72114)
P.O. Box 5851 (72119-5851)
North Little Rock, Arkansas
Telephone:  (501) 378-7900
Facsimile:  (501) 376-6337
E-mail:  dgrace@hardingrace.com

Dated this 16th day of September, 2014.

HARDIN & GRACE, P.A.
Attorneys for Capitol Service
 Company, Inc.
500 Main Street, Suite A
P.O. Box 5851
North Little Rock, AR 72119-5851
Telephone:  (501) 378-7900
Facsimile:  (501) 376-6337
E-mail:  dgrace@hardingrace.com


By:   /s/David A. Grace_____
      David A. Grace
      State Bar No. 76-044

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing pleading was mailed to:

Mr. Lance R. Miller
Mr. Stan D. Smith
MITCHELL, WILLIAMS, SELIG,
 GATES & WOODYARD, PLLC
Attorneys at Law
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Mr. Kevin P. Keech
KEECH LAW FIRM, P.A.
Attorneys at Law
4800 West Commercial Drive
North Little Rock, AR 72116

Mr. Phillip A. Martin
FULTZ, MADDOX, HOVIOUS
 & DICKENS, PLC
Attorneys at Law
101 South Fifth Street
27th Floor
Louisville, KY 40202

Mr. A. Jan Thomas, Jr.
Chapter 7 Panel Trustee
306 West Bond Avenue
West Memphis, AR 72301

Mr. Charles T. Coleman
Ms. Kimberly Wood Tucker
WRIGHT, LINDSEY & JENNINGS
Attorneys at Law
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201

U.S. Trustee
Office of the U.S. Trustee
200 West Capitol Avenue
Suite 1200
Little Rock, AR 72201

on this 16th day of September, 2014.

/s/David A. Grace
DAVID A. GRACE