# United States Bankruptcy Court
## Eastern District of Arkansas

In re: **Crittenden Hospital Association**
Debtor(s)

Case No. **3:14-bk-14948**
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Crittenden Hospital Association** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**September 26, 2014**
Date

/s/ Kevin P. Keech
**Kevin P. Keech 98147**
Signature of Attorney or Litigant
Counsel for **Crittenden Hospital Association**
**Keech Law Firm, PA**
**4800 West Commercial Drive**
**North Little Rock, AR 72116**
**501 221 3200 Fax:501 221 3201**
**kkeech@keechlawfirm.com**

-and-

**John C. Tishler, TN Bar No.**
**Ryan K. Cochran, TN Bar No.**
**WALLER LANSDEN DORTCH & DAVIS, LLP**
**511 Union Street, Suite 2700**
**Nashville, TN  37219**
**Telephone:  (615) 244-6380**
**Facsimile:  (615) 244-6804**