UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE: CRITTENDEN HOSPITAL ASSOCIATION,　　　　CASE NO. 3:14-bk-14948-J
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

## ORDER

On this day before the Court the Objection of the United States Trustee to the Chapter 7 Trustee's Motion for an Order Approving the Sale of Remnant Assets, Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief (Doc. #514). The Court being advised by the United States Trustee that following the filing of the objection the Chapter 7 Trustee submitted information which satisfied the issues raised in the objection and, therefore, requested that his objection be withdrawn, it is hereby

**ORDERED**, that the Objection of the United States Trustee is deemed withdrawn.

_/s/ Phyllis M. Jones_
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 07/26/2018

PREPARED BY:

Joseph A. DiPietro, Bar No. 98004
Trial Attorney
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201-3618
(501) 324-7357
Fax: (501) 324-7388
Joseph.A.DiPietro@usdoj.gov

cc:　　Debtor
　　　　Counsel for Debtor
　　　　U.S. Trustee
　　　　Trustee

EOD: July 27, 2018