IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRITTENDEN HOSPITAL ASSOCIATION          No. 3:14-Bk-14948
Debtor          Chapter 7

### OBJECTION TO CLAIM NUMBERS 329 THROUGH 365 AND NOTICE OF OPPORTUNITY TO OBJECT

Comes now the trustee of the estate, A. Jan Thomas, Jr., and for his Objection to Claim Numbers 329 through 365 states:

1. Crittenden Hospital Association filed a petition for bankruptcy under Chapter 7 on September 12, 2014.

2. Trustee objects to claims 329 through 365 based on not being timely filed, and therefore should be disallowed.

3. Trustee reserves the right to supplement this Objection and to object to any claims on any other grounds not stated herein.

WHEREFORE, trustee prays that the Claim Numbers 329 through 365 be disallowed.

Respectfully submitted,

/s/ A. Jan Thomas, Jr.
A. Jan Thomas, Jr. #63045
Trustee
306 W Bond
West Memphis, AR 72301
870-735-7700

**NOTICE IS HEREBY GIVEN** that the aforementioned trustee has filed an Objection to Claim Numbers 329 through 365.

**UNLESS WRITTEN RESPONSE IS MADE WITHIN THIRTY (30) DAYS** from the date of this notice, the court will enter an order sustaining the objection without further notice. Any objection and/or response should be filed with the United States Bankruptcy Court, Eastern

District of Arkansas, 300 West 2nd Street, Little Rock, AR 72201. Timely filed responses will be set for hearing by subsequent notice.

**CERTIFICATE OF SERVICE**

I, A. Jan Thomas, Jr., trustee, hereby certify that a copy of the foregoing Objection and Opportunity to object was electronically filed with the U.S. Bankruptcy Court and a copy was mailed to Arkansas Department of Human Services, Office of Policy and Legal Services, P.O. Box 1437 - Slot S260, Little Rock, AR 72203; Ruth Ann Nelson, 1114 McAuley Cove, West Memphis, AR 72301; Lisa Carter, 206 Cabriolet Street, Marion, AR 72364; Robert Jeffery Mabane, 2604 Jackson, West Memphis, AR 72301; Stephen Meador, 318 Southwind Dr., Marion, AR 72364; Jennifer Barnett, 318 Southwind Dr., Marion, AR 72364; Jennifer Moore, P.O. Box 1323, Marion, AR 72364; Bobby Patterson, 401 S. 8th St., West Memphis, AR 72301; EMI SUPPLY, Attn: Jim Evans, PO BOX 252, PICKWICK DAM, TN 38365; Mary Beth Hall, 136 Hillcrest Cove, Marion, AR 72364; General Electric Capital Corporation, c/o GE Healthcare Financial Services, Attn: Shawn Grimm, 20225 Watertower Boulevard, Suite 100, Brookfield, WI 53045; Bonnie Cox, 118 S. Burton, P.O. Box 290, Lepanto, AR 72354; Emma Turner, 505 Hamilton St., West Memphis, AR 72301; Roger Moore, P.O. Box 1323, Marion, AR 72364; Elizabeth Kennedy, 533 Ross, West Memphis, AR 72301; CareFusion Solutions LLC, Herbert K. Ryder Esq., Law Offices of Herbert K. Ryder LLC, 531 U.S. Highway 22 East Ste 182, Whitehouse Station NJ 08889-3695; Rose Corburn, 4801 N. Rockwood Dr., Pine Bluff, AR 71603; Cynthia Dunn, P.O. Box 1772, West Memphis, AR 72301; Larry Townsend, 4101 Vaughn Rd., Memphis, TN 38122; Deloris Sumpter, 1311 Stratford, West Memphis, AR 72301; Angela Brewer, 900 Wingate Dr., West Memphis, AR 72301; Healthcare Payment Specialists, LLC, 100 Lexington St., Ste. 300, Ft. Worth, TX 76102; The Pathology Group, P.O. Box 17421, Memphis, TN 38187; Stephene Bailey, 800 Maury St., Memphis, TN 38107; Demeko La'Juan Neal, 951 Lackey Road, Marion AR 72364; Jeanine James, 63 Buckingham Rd., Marion, AR 72364; Christine Rimmer, 502 Harvest Circle, Marion, AR 72364; William Joseph Smith, 318 Windover Dr., Marion, AR 72364; Delynn Brown, 756 Long Leaf, Marion, AR 72364; CIT FINANCE, LLC, c/o Weltman, Weinberg & Reis, 3705 Marlane Drive, Grove City, OH 43123; SECURITAS SECURITY SERVICES USA, INC., Attn: Tom Roszhart, Credit Dept., 4330 Park Terrace Dr., Westlake Village, CA 91361; NetScript, 235 CR 3520, Clarksville, AR 72830; Meridian Leasing Corp., Rochelle Slater, Meridian Leasing Corp., Nine Parkway North, Suite 500, Deerfield, IL 60015; Service Professionals, Inc., P.O. Box 55168, Little Rock, Ark. 72215; Telerhythmics LLC, 60 Market Center Drive #101, Collierville, TN 38017; St. Jude Medical, Attn: Melissa Bourque, 6300 Bee Cave Rd., Ste 100, Austin, TX 78735; AR Department of Workforce Services, ATTN: Employer Contributions, P.O. Box 8007, Little Rock, AR 72203

this 21st day of September, 2018.

/s/ A. Jan Thomas, Jr.
**A. JAN THOMAS, JR.**